IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, et al.,

    Plaintiffs,

v.

STATEWIDE CONCRETE BARRIER, INC. and CHARLES WELLS,

    Defendants.

No. C 04-2559 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, plaintiffs' motion for default judgment against defendants Statewide Concrete Barrier, Inc. and Charles Wells filed on February 9, 2005, is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for Friday, May 27, 2005 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: April 29, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom