James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>STATEWIDE CONCRETE BARRIER, INC., a California corporation; and CHARLES WELLS, an Individual,<br><br>    Defendants. | Case No.: C-04-2559 JSW (MEJ)<br><br>DECLARATION & APPLICATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF ON DAMAGES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

BRUCE K. LEIGH, being first duly sworn, deposes and declares as follows:

    1. I am an associate of the law firm of Stanton, Kay & Watson, LLP, counsel to Plaintiffs KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the

- 1 -
DECLARATION & APPLICATION FOR EXTENSION TO FILE SUPPLEMENTARY BRIEF      CASE NO. C-04-2559 JSW (MEJ)

OPERATING ENGINEERS TRUST FUNDS, plaintiffs in the above-referenced action.

2. I have personal knowledge of the foregoing and, if called upon to testify, am competent to do so.

3. Defendants STATEWIDE CONCRETE BARRIER, INC., and CHARLES WELLS were served with process on December 9, 2004. Neither responded, and upon plaintiffs' request, the default of defendants was entered on January 18, 2005. On February 9, 2005, plaintiffs filed and served their motion for default judgment and supporting papers. The matter was assigned to Magistrate Judge Maria Elena-James, who issued her report and recommendation on September 2, 2005, that the motion be granted but that plaintiffs be asked to submit a supplementary declaration proving the amount of damages. On September 20 the court adopted that report and recommendation, setting a date of November 18, 2005, for filing of the supplemental brief.

4. Unfortunately, plaintiffs' counsel overlooked the court's order in this case when the attorney to whom the case had been assigned, Ms. Kirkpatrick, left the firm shortly after the court's order.

**REQUEST FOR EXTENTION OF TIME TO FILE SUPPLEMENTARY BRIEF**

5. Based on the above, plaintiffs counsel apologizes for its oversight and request that the court grant an extension of time to February 8, 2006, to file and serve their supplementary brief on damages in support of their motion for default judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California this 14th day of December, 2005.

By_____/s/ Bruce K. Leigh_____
Bruce K. Leigh
Attorneys for Plaintiffs

IT IS SO ORDERED: Plaintiffs shall have until __January 20__, 2006, to file their supplementary brief on damages in support of their motion for default judgment herein.

DATED: __December 15, 2005__
_____/s/ Jeffrey S. White_____
Hon. Jeffrey S. White
United States District Judge

F:\CASES\30\32.173 Statewide Concrete Barrier\PLEADINGS\Decl&ReqExtSuppBrf.doc

- 2 -
DECLARATION & APPLICATION FOR EXTENSION TO FILE SUPPLEMENTARY BRIEF    CASE NO. C-04-2559 JSW (MEJ)