James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>STATEWIDE CONCRETE BARRIER, INC., a California corporation; and CHARLES WELLS, an Individual,<br><br>Defendants. | Case No.: C-04-2559 JSW (MEJ)<br><br>PLAINTIFFS' REQUEST FOR FURTHER CONTINUANCE OF TIME TO FILE SUPPLEMENTARY OR AMENDED PLEADINGS and ~~PROPOSED~~ ORDER THEREON |

In response to the Court's orders of September 20, 2005, and December 15, 2005, in the above-entitled action, Plaintiffs hereby request a further continuance of time to file supplementary or amended pleadings.

- 1 -
REQUEST FOR FURTHER CONTINUANCE and ~~PROPOSED~~ ORDER              CASE NO. C-04-2559 JSW (MEJ)

As explained in the declaration accompanying this request, since service of process on defendants, they have moved their addresses and made themselves unavailable to plaintiffs. This Court has entered their defaults and, upon Plaintiffs' motion, have granted a judgment ordering defendants to submit to an audit of their business records and ordering Plaintiffs to file a supplementary brief to prove up the amount for a money judgment. However, although Plaintiffs reasonably believe that defendants have continued to perform substantial covered work for which they are liable for contributions and related interest and liquidated damages to the plaintiff employee benefit trust funds and that they can be located, Plaintiffs have not been able to locate them at this time. Plaintiffs believe that Defendants can and will be located and, after audit, their full liability can and will be shown. At that point Plaintiffs will then have to file either a supplementary brief to prove up the amount of damages claimed in the original complaint or a motion for leave to file an amended complaint for damages, if any, exceeding what was alleged in the original complaint.

Accordingly, Plaintiffs request a further continuance to April 20, 2006, to locate defendants, obtain the audit which the Court has ordered that they provide, and then to file the appropriate further pleadings in this action.

By _____
Bruce K. Leigh
Attorneys for Plaintiffs

IT IS SO ORDERED: Plaintiffs shall have until __June 9__, 2006, to file their supplementary brief on damages in support of their motion for default judgment herein or a motion for leave to file an amended complaint for further damages, if any, discovered by audit of defendants.

DATED: __January 19, 2006__   _____
Hon. Jeffrey S. White
United States District Judge

F:\Cases\30\32.173 Statewide Concrete Barrier\PLEADINGS\default judgment1\Req2ndContinuance.doc