James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone:  (415) 512-3501
Facsimile:  (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>STATEWIDE CONCRETE BARRIER, INC., a California corporation; and CHARLES WELLS, an Individual,<br><br>    Defendants. | Case No. C-04-2559 JSW (MEJ)<br><br><s>PROPOSED</s> ORDER TO SHOW CAUSE AND ORDER CONTINUING BRIEFING ON MOTON FOR DEFAULT JUDGMENT<br><br>Fed. R. Civ. Pro., Rule 70 |

  Having issued herein on September 20, 2005, its Order Adopting Report And Recommendation Re Plaintiffs' Motion For Default Judgment and including therein its judgment granting Plaintiffs an injunction requiring defendants to submit to an audit of the appropriate trust fund records so that Plaintiffs may ascertain the total amount of contributions owed; having found

1  that plaintiffs have served said order on defendants and that defendants have willfully failed to
2  honor the Court's order, THE COURT HEREBY ORDERS DEFENDANTS no later than
3  __August 4__, 2006, to file in this Court and to serve on Plaintiffs their response to this
4  Order and TO SHOW CAUSE why they should not be held in contempt of court and why an order
5  should not issue to the United States Marshal Service, or to its delegee, to take possession of and
6  seize defendants' business records and present them to plaintiffs' auditor for examination.
7  Plaintiffs will then have until _August 18_, 2006, to reply; HEARING on this Order To Show
8  Cause will then be held on _September 1_, 2006, at United States District Court, 450 Golden State
9  Avenue, San Francisco, California, on the 17th Floor, in courtroom 2.

10   The Court further orders that a further continuance shall be granted to Plaintiffs until
11  __September 25__, 2006, or until such audit has been completed, to file either their supplementary
12  brief on the amount of damages to be awarded or to file an amended complaint for any damages
13  that may exceed that claimed in the original complaint.

15  DATED: __July 14, 2006__                 _____/s/ Jeffrey S. White_____
16                                            THE HONORABLE JEFFREY S. WHITE
17                                            UNITED STATES DISTRICT JUDGE

F:\CASES\30\32.173 Statewide Concrete Barrier\PLEADINGS\default judgment1\OSC\Proposed OSC.doc