IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, et al.,

    Plaintiffs,

v.

STATEWIDE CONCRETE BARRIER, INC., et al.,

    Defendants.

                                                 /

No. C 04-02559 JSW

**ORDER REQUIRING STATUS REPORT FROM PLAINTIFFS**

On August 31, 2006, this Court issued an Order granting Plaintiffs' request to vacate a hearing on an order to show cause and order continuing briefing on Plaintiffs' motion for default judgment, and reserved jurisdiction over the matter to entertain a motion for amended pleadings after completion of an audit.

There has been no further action from the parties. Accordingly, Plaintiffs are HEREBY ORDERED to submit a status report regarding the audit proceedings, whether they intend to seek leave to file amended pleadings, and whether this case may be closed. Plaintiffs' status report shall be due to the Court on March 9, 2007.

**IT IS SO ORDERED.**

Dated: February 27, 2007

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE