**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, et al.,

    Plaintiffs,

v.

STATEWIDE CONCRETE BARRIER, INC. and CHARLES WELLS,

    Defendants.

No. C 04-2559 JSW

**ORDER REFERRING AMENDED MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, plaintiffs' amended motion for default judgment against defendants Statewide Concrete Barrier, Inc. and Charles Wells filed on March 26, 2007, is HEREBY REFERRED to Magistrate Maria-Elena James to prepare a report and recommendation. The hearing date noticed for Friday, May 4, 2007 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 26, 2007

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

cc: Wings Hom